COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-353-CV

IN RE TRACEY DEWAYNE PARKER RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL:  MEIER, LIVINGSTON, and MCCOY, JJ. 

DELIVERED:  October 20, 2009  

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.